IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 23 2004

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| SHANIKWA JOHNSON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:03CV318 |
| | § | |
| MARK WATERS, Deputy | § | |
| Constable, et al. | § | JUDGE DAVIS |
| | § | |
| Defendants | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Comes now plaintiff, by counsel, who designates the following expert witnesses in this case:

**TREATING PHYSICIANS**

James R. Harris, M.D.
Azalia Orthopaedic Sports Medicine
3414 Golden Rd.
Tyler, Texas 75701
903/939-7591

**Subjects of Information:** Treating physician/Orthopaedic surgeon. Performed first surgery on Plaintiff Johnson. Knows that her medical bills are reasonable. Knows that her treatment was reasonable and necessary.

Karey Clark, M.D.
Azalia Orthopaedic Sports Medicine
3414 Golden Rd.
Tyler, Texas 75701
903/939-7591

**Subjects of Information:** Treating physician/Orthopaedic surgeon. Performed last five surgeries on Plaintiff Johnson. Knows that her medical bills are reasonable. Knows that her treatment was reasonable and necessary.


33

Herbert A. Davis, M.D.
Andrews Center
2323 W. Front St.
Tyler, Texas 75702
903/597-1351

**Subjects of Information:**   Treating psychiatrist. Treated Plaintiff Johnson for post traumatic stress disorder. Knows that her medical bills are reasonable. Knows that her treatment was reasonable and necessary.


Liyu Mitchell, M.D.
ETMC Clinic
6210 s. Broadway
Tyler, Texas 75703
903/597-2700

**Subjects of Information:**   Treating physician. Knows that her medical bills are reasonable. Knows that her treatment was reasonable and necessary.


**TREATING COUNSELOR**

Neisha LeSage, Counselor
Andrews Center
2323 W. Front St.
Tyler, Texas 75712
903/597-1351

**Subjects of Information:**   Treating counselor. Knows that her counseling bills are reasonable. Knows that her treatment was reasonable and necessary.

Respectfully Submitted,

_____
Curtis B. Stuckey
Attorney in Charge for Plaintiff
Bar Card No. 19437300

Stuckey, Garrigan & Castetter Law Offices
2803 C North Street
P.O. Box 631902
Nacogdoches, Texas 75963-1902
(936) 560-6020 FAX: 560-9578
cbsstugar@cox-internet.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served all counsel of record in this case including the following with a true and correct copy of the foregoing Plaintiff's Designation of Expert Witnesses by sending same United States regular mail, postage prepaid to:

Robert Davis
Christi Kennedy
Flowers, Davis
815 Rice Rd.
Tyler, Texas 75703

on this the 22nd day of January, 2004.

_____
Curtis B. Stuckey

3