IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SHANIKWA JOHNSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:03CV318 |
| | § | Honorable Leonard Davis |
| MARK WATERS, et al | § | |

**DEFENDANTS MARK WATERS, DENNIS TAYLOR, J.B. SMITH,
AND SMITH COUNTY TEXAS' DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Mark Waters, Dennis Taylor, J.B. Smith, and Smith County, Texas and file this their Designation of Expert Witnesses:

## I. EXPERT DESIGNATIONS

1. Albert Rodriguez
   11017 Crossland
   Austin, Texas 78726

   Mr. Rodriguez is a law enforcement expert and will testify consistently with his report which has been disclosed to Plaintiff.

2. Robert S. Davis
   Flowers Davis, P.L.L.C.
   1021 ESE Loop 323, Suite 200
   Tyler, Texas 75701

   Mr. Davis will testify as to the reasonable and necessary character of attorney's fees, if necessary.

3. Christi J. Kennedy
   Flowers Davis, P.L.L.C.
   1021 ESE Loop 323, Suite 200
   Tyler, Texas 75701

   Ms. Kennedy will testify as to the reasonable and necessary character of attorney's fees, if necessary.

4.     Azalea Orthopedic Sports Medicine Clinic
       Carol Hinojosa, OTR
       Dr. James R. Harris
       Dr. Carey A. Clark, III.
       Dr. Kendra King
       3414 Golden Road
       Tyler, Texas 75701

Plaintiff's medical providers and treating physicians will testify consistently with their records, which have all been provided and disclosed by Plaintiffs.

5.     East Texas Medical Center
       1000 Beckham
       Tyler, Texas 75701

Plaintiff's medical providers and treating physicians will testify consistently with their records, which have all been provided and disclosed by Plaintiffs.

6.     Andrews Center
       P.O. Box 4730
       Tyler, Texas 75712

Plaintiff's medical providers and treating physicians will testify consistently with their records, which have all been provided and disclosed by Plaintiffs.

Defendants reserve the right to call any experts listed by Plaintiff. Defendants also reserve the right to supplement as allowed by this honorable Court.

                          Respectfully submitted,

                          **FLOWERS DAVIS, P.L.L.C.**
                          1021 ESE Loop 323, Suite 200
                          Tyler, Texas 75701
                          (903) 534-8063
                          (903) 534-1650 Facsimile

                          */s/ Robert S. Davis/CK (by permission)*
                          **Robert S. Davis**
                          State Bar No. 05544200
                          **Christi J. Kennedy**
                          State Bar No. 00787772

**ATTORNEYS FOR DEFENDANTS
MARK WATERS, DENNIS TAYLOR, SHERIFF
J.B. SMITH, AND SMITH COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record as follows in the above entitled and numbered cause this the 29th day of March, 2004, in the following manner:

___ Via Facsimile

✓ Via Certified Mail, Return Receipt Requested _____

___ Via First Class Mail

___ Via Hand Delivery

| | |
|---|---|
| Curtis B. Stuckey | S. Rafe Foreman |
| Stuckey, Garrigan & Castetter | Morris & Morris, L.L.P. |
| P.O. Box 631902 | 600 Parker Square, Suite 250 |
| Nacogdoches, Texas 75963-1902 | Flower Mound, Texas 75028 |

Robert S. Davis/kk
Robert S. Davis (by permission)

C