United States Court of Appeals
Fifth Circuit
**FILED**
February 11, 2005

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 04-40664

---

D.C. Docket No. 6:03-CV-318

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 0 2005

DAVID J. MALAND, CLERK

BY
DEPUTY _____

SHANIKWA JOHNSON

        Plaintiff - Appellee

v.

MARK WATERS, Etc; ET AL

        Defendants

MARK WATERS, Deputy Constable

        Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas, Tyler.

Before JOLLY and DAVIS, Circuit Judges, and ENGELHARDT, District Judge*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAR 0 7 2005

---

*District Judge of the Eastern District of Louisiana, sitting by designation.

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy

New Orleans, Louisiana    MAR 0 7 2005

United States Court of Appeals
Fifth Circuit
F I L E D
February 11, 2005
Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 04-40664

SHANIKWA JOHNSON

                  Plaintiff - Appellee

VERSUS

MARK WATERS, Etc; ET AL

                  Defendants

MARK WATERS, Deputy Constable

                  Defendant - Appellant

Appeal from the United States District Court
For the Eastern District of Texas
6:03-CV-318

Before JOLLY and DAVIS, Circuit Judges, and ENGELHARDT[*], District Judge.

PER CURIAM:[**]

    In this appeal from denial of qualified immunity, we agree with the district court that questions of fact are presented as to whether the defendant Constable Waters used excessive force in

---

[*]District Judge of the Eastern District of Louisiana, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

seizing the plaintiff.  Because genuine issues of material fact are presented we have no jurisdiction to consider this appeal.

Appeal dismissed.